*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   March 10, 2016          520665
_____

In the Matter of ALFONSO
   RIZZUTO,
                    Petitioner,

        v                               MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
   Special Housing and Inmate
   Disciplinary Programs,
                    Respondent.
_____

Calendar Date:   January 19, 2016

Before:   McCarthy, J.P., Egan Jr., Rose and Lynch, JJ.

                    _____

        Alfonzo Rizzuto, Duryea, Pennsylvania, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating a
prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination finding him guilty of violating a
prison disciplinary rule.  The Attorney General has advised this
Court that the disciplinary determination has been
administratively reversed and that all references thereto have
been expunged from petitioner's institutional record.  In view of
this, and given that petitioner has received all the relief to
which he is entitled, the petition must be dismissed as moot (see

Matter of Rizzuto v Prack, 134 AD3d 1263, 1263 [2015]).

McCarthy, J.P., Egan Jr., Rose and Lynch, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.



ENTER:

Robert D. Mayberger
Clerk of the Court